BEFORE THE FIRST DIVISION, AUGUST 3, 1965

**No. 69495.**—Luro Products Co., Inc., and Excel Shipping Corporation et al. *v.* United States, protests 328874–K(A), etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69496.**—Remco Industries, Inc., et al. *v.* United States, protests 329759–K, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 3, 1965

**No. 69497.**—Novelty Import Co. and Parksmith Corp. *v.* United States, protests 63/22706 and 58/14766 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware cups and saucers, not tableware, chiefly used as souvenir articles, the claim of the plaintiffs was sustained.